# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUADENCIO HARO, | ) | NO. CV 19-4804-JVS (KS) |
|     Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| ANDREW SAUL, Commissioner of Social Security | ) | |
|     Defendant. | ) | |
| _____ | ) | |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: November 05, 2019

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE