# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADENCIO HARO,<br><br>    Plaintiff,<br><br> v.<br><br>ANDREW M. SAUL,[1] Commissioner of Social Security<br><br>    Defendant. | NO. CV 19-4804-KS<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d), AND COURT COSTS PURSUANT TO 28 U.S.C. § 1920 |

  The Court has received the parties' Stipulation for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and for Court Costs Pursuant to 28 U.S.C. § 1920 ("Stipulation"), which was filed on December 10, 2019.

\\
\\
\\
\\
\\
\\

---

[1]  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court orders that the caption be amended to substitute Andrew M. Saul for Nancy A. Berryhill as the defendant in this action.

1

Based upon the Stipulation, IT IS ORDERED that fees in the amount of $3,901.18, as authorized by 28 U.S.C. § 2412(d), and costs in the amount of $400.00, as authorized by 28 U.S.C. § 1920, shall be awarded, subject to terms of the Stipulation.

DATED: December 11, 2019

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE